08 CV 02036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>SERVICES FOR THE UNDERSERVED, INC., SUS FOUNDATION, INC., SUS - AIDS SERVICES, INC., SUS – DEVELOPMENTAL DISABILITIES SERVICES, INC., SUS - HOME ATTENDANT SERVICES, INC., SUS - HOME CARE SERVICES INC., SUS - MENTAL HEALTH PROGRAMS INC. and JEMMA SAVARY, as Administratrix of the Estate of Glendon Young.<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br> |

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Philadelphia Indemnity Insurance Company certifies that the following are corporate parents, affiliates and/or subsidiaries of said party that are publicly held: The shares of

Philadelphia Consolidated Holding Corporation, the corporate parent of Plaintiff Philadelphia Indemnity Insurance Company, are publicly-held and traded on the NASDAQ.

Date: February 21, 2008

*[signature: Christopher T. Bradley]*

Christopher T. Bradley

Attorney Bar Code: CTB-4725