UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>SERVICES FOR THE UNDERSERVED, INC., SUS FOUNDATION, INC., SUS - AIDS SERVICES, INC., SUS - DEVELOPMENTAL DISABILITIES SERVICES, INC., SUS - HOME ATTENDANT SERVICES, INC., , SUS - HOME CARE SERVICES INC., , SUS - MENTAL HEALTH PROGRAMS INC. and JEMMA SAVARY, as Administratrix of the Estate of Glendon Young.,<br><br>Defendants. | 08 CV 02036 (GEL) (DFE)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Services for the Underserved, Inc., SUS Foundation, Inc., SUS - Aids Services, Inc., SUS - Developmental Disabilities Services, Inc., SUS - Home Attendant Services, Inc., SUS - Home Care Services Inc., and SUS - Mental Health Programs Inc., certify that these defendants have no corporate parents, affiliates and/ or subsidiaries which are publicly held.

Dated: New York, New York
       May 5, 2008

                                     MANATT, PHELPS & PHILLIPS, LLP

                                     By:      s/ Ronald G. Blum
                                               Ronald G. Blum (RB-5277)

                                     7 Times Square
                                     New York, New York  10036
                                     Tel:  (212) 790-4500
                                     Fax: (212) 790-4545

                                     *Attorneys for Defendants Services For The Underserved, Inc., Sus Foundation, Inc., Sus - Aids Services, Inc., Sus - Developmental Disabilities Services, Inc., Sus - Home Attendant Services, Inc., Sus - Home Care Services Inc., and Sus - Mental Health Programs Inc.*

Of Counsel:
Kathleen R. Johnson, Esq. (not yet admitted in the Southern District of New York)

80422364.1