**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
PHILADELPHIA INDEMNITY             : **08 CV 02036 (GEL) (DFE)**
INSURANCE COMPANY                  :
                                   :
         Plaintiff,                : **NOTICE OF APPEARANCE**
                                   :
     against                       :
                                   :
SERVICES FOR THE UNDERSERVED, INC.,:
SUS FOUNDATION, INC., SUS-AIDS     :
SERVICES, INC., SUS-DEVELOPMENTAL  :
DISABILITIES SERVICES, INC, SUS-HOME :
ATTENDANT SERVICES, INC., SUS-HOME :
CARE SERVICES, INC., SUS-MENTAL    :
HEALTH PROGRAMS, INC. and JEMMA    :
SAVARY, as the Administratrix of the :
Estate of Glendon Young            :
                                   :
         Defendant(s).             :
------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned has been retained and hereby appear as counsel on behalf of **JEMMA SAVARY**, as the Administratrix of the Estate of Glendon Young, the above named defendant.

Dated: Brooklyn, New York
       July 17, 2008

                              /s/O. Valentine Nnebe____
                              O. Valentine Nnebe (ON 6147)

                              **NNEBE & NNEBE**
                              255 Livingston Street, 4th Floor
                              Brooklyn, NY 11217
                              Phone: (718) 874-6421
                              Fax: (718) 502-9953
                              valon@nnebelawyers.com, nnebe@hotmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2008 a copy of the foregoing was served upon plaintiff's counsel, Christopher T. Bradley, Esq., of Marshall, Conway, Wright & Bradley, P.C., 116 John Street, New York, NY 10038 by ECF.

                                        /s/O. Valentine Nnebe\_
                                        O. Valentine Nnebe, Esq.